1  BOBBY WILLIS _____ (Full Name)
2  545 S. SAN PEDRO _____ (Address Line 1)
3  LOS ANGELES, CA 90013 (Address Line 2)
   603-969-5003 OR
4  603-343-2479 _____ (Phone Number)
5  Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11  BOBBY WILLIS,                    )  Case No.: CV10 6357 SVW (OP)
                                     )  (To be supplied by the Clerk)
12          Plaintiff,               )
13       vs.                         )  **Civil Rights Complaint Pursuant to**
                                     )  **42 U.S.C. § 1983 (non-prisoners)**
14  DOES 1-4 _____        )
15  _____          )  Jury Trial Demanded: ☒ Yes  ☐ No
16  _____          )
17  _____          )
18          Defendant(s).            )

(*All paragraphs and pages must be numbered.*)

### I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because *the events giving rise to this complaint happened in this district.*

1

*Page Number*

## III. PARTIES

3. Plaintiff **BOBBY WILLIS** resides at:
   *(your full name)*
   **545 S. SAN PEDRO**
   **LOS ANGELES, CA 90013**
   *(your address)*

(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)

4. Defendant **DOE 1** works at
   *(full name of Defendant)*
   **LA COUNTY JAIL**
   *(Defendant's place of work)*

Defendant's title or position is **DEPUTY SHERIFF**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☑ individual capacity     ☐ official capacity

This Defendant was acting under color of law because: **AS THEY WERE PUTTING THE HANDCUFFS ON THEY WERE PINCHING MY SKIN AND I TOLD THEM**

5. Defendant **DOE 2** works at
   *(full name of Defendant)*
   **LA COUNTY JAIL**
   *(Defendant's place of work)*

Defendant's title or position is **DEPUTY SHERIFF**
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):
☑ individual capacity     ☐ official capacity

This Defendant was acting under color of law because: **AS THEY WERE PUTTING THE HANDCUFFS ON THEY WERE PINCHING MY SKIN AND I TOLD THEM**

1  ___. Defendant  **DOE 3**  works at
   *Insert ¶ #*       *(full name of Defendant)*

2
3  **LA COUNTY JAIL**
                 *(Defendant's place of work)*

4  Defendant's title or position is **DEPUTY SHERIFF**
5                              *(Defendant's title or position at place of work)*

6
7  This Defendant is sued in his/her (check one or both):
       ☑ individual capacity            ☐ official capacity
8

9  This Defendant was acting under color of law because **AS THEY WERE**
10 **PUTTING THE HANDCUFFS ON THEY WERE PINCHING**
11 **MY SKIN AND I TOLD THEM**
12
13
14
15

16 ___. Defendant  **DOE 4**  works at
17 *Insert ¶ #*       *(full name of Defendant)*

18 **LA COUNTY JAIL**
                 *(Defendant's place of work)*
19

20 Defendant's title or position is **DEPUTY SHERIFF**
                              *(Defendant's title or position at place of work)*
21

22 This Defendant is sued in his/her (check one or both):
23     ☑ individual capacity            ☐ official capacity
24

25 This Defendant was acting under color of law because **AS THEY WERE**
26 **PUTTING THE HANDCUFFS ON THEY WERE PINCHING**
27 **MY SKIN AND I TOLD THEM**
28

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

1. ON MONDAY JANUARY 18TH 2009 AT THE LOS ANGELES COUNTY JAIL, THE DEPUTY SHERIFFS WERE MOVING ME FROM ONE CELL TO ANOTHER. THEY STOPPED ME IN THE PROCESS AND PUT HANDCUFFS ON ME. I TOLD THE SHERIFF HE WAS PINCHING MY SKIN AND HE TOLD ME TO SHUT UP. I TOLD HIM HE MUST FEEL REAL BIG.

2. AS THE HANDCUFFS WERE ON THE OFFICERS STARTED PUNCHING ME, HITTING ME ON THE BACK OF THE HEAD, AND ON MY BACK AND KNOCKED ME DOWN TO THE FLOOR FACE DOWN ON MY STOMACH. HE SAT ON ME AND STARTED HITTING ME IN MY EYES AND THE REST OF THE OFFICERS CAME UP AND STARTED KICKING ME AND HITTING ME IN MY FACE.

3. I, BECAUSE OF THIS INCIDENT, HAD TO GET FOUR STITCHES IN MY LEFT EYE. I BELIEVE THIS IS A CLEAR VIOLATION OF MY RIGHTS.

# V. CLAIMS

## Claim #1

4. Plaintiff realleges and incorporates by reference all of the paragraphs above.

5. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following federal constitutional or statutory civil right:
THE SHERIFFS VIOLATED MY CIVIL RIGHTS BY BEATING ME WHILE I WAS DETAINED IN HANDCUFFS. MY 14th AMENDMENT RIGHT

6. The above civil right was violated by the following Defendants:
DOE 1-4

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

7. I WAS ALREADY IN HANDCUFFS THE SHERIFFS VIOLATED MY CIVIL RIGHTS BY BEATING ME WHILE I WAS DETAINED I HANDCUFFS.

8. As a result of the Defendant's violation of the above civil right, Plaintiff was harmed in the following way:
I HAD TWO BLACK EYES AND I HAD TO GET FOUR STITCHES UNDER MY LEFT EYE. THEY IRRITATED MY LOWER BACK BY HITTING ME.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

9. PUNITIVE DAMAGES

10. COMPENSATORY DAMAGES

11. ANY OTHER RELIEF WHICH THE COURT MAY DEEM PROPER

__//__

Dated: 8-25-10
Sign: Bobby Willis
Print Name: BOBBY WILLIS



Page Number

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 8-25-10

Sign: Bobby Willis

Print Name: BOBBY WILLIS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

MR BOBBY WILLIS

**DEFENDANTS**

DOES-4

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

(603) 969 5003

545 S. SAN PEDRO LA CA 5003

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☒ **MONEY DEMANDED IN COMPLAINT: $** TO be DETERMINED

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

42 U.S.C. § 1983

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☒ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

---

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| L.A. County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Unknown | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| L.A. County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Bobby Wells_    Date _8-25-10_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

BOBBY WILLIS
545 S. SAN PEDRO
LOS ANGELES CA 90013
603 669 5003
603 343 2479
PLAINTIFF IN PROPER

FOR OFFICE USE ONLY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BOBBY WILLIS | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV10-6357-SVW(OP) |
| v. | |
| DOES 1-4 | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): DOES 1-4

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, BOBBY WILLIS, whose address is 545 S. SAN PEDRO, LOS ANGELES, CA 90013. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 9-20-10     By: CHRIS SAWYER
                       Deputy Clerk

FOR OFFICE USE ONLY

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

---

CV-01A (12/07)                     SUMMONS