1 Henry Patrick Nelson, CSB #32249
Amber A. Logan, CSB #166395
2 Rina M. Mathevosian, CSB #251423
Nelson & Fulton
3 Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
4 Los Angeles, CA 90010-2014
(213)365-2703 / Fax(213)365-9130
5 nelson-fulton@nelson-fulton.com

6 Attorneys for Defendants,
Deputy David Aviles, Deputy Carlos Castillo, and Deputy Adrian Zuniga

**FILED**
CLERK, U.S. DISTRICT COURT

SEP 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WILLIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPUTY DAVID AVILES, DEPUTY CARLOS CASTILLO, DEPUTY ADRIAN ZUNIGA,<br><br>　　　　　Defendants. | CASE NO. CV 10-6357 SVW (JPR)<br><br>XXXXXXXXXX **PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL INFORMATION PURSUANT TO THE STIPULATION OF THE PARTIES** |

　　　The following Protective Order shall govern the disclosure of documents and information produced pursuant to the parties Stipulation regarding Disclosure of Confidential Information contained in Deputy David Aviles' Deputy Carlos Castillo's, and Deputy Adrian Zuniga's personnel files. The parties stipulated and agreed that disclosure of Confidential Information contained in Deputy David Aviles', Deputy Carlos Castillo's, and Deputy Adrian Zuniga's personnel files will be limited to complaints of excessive force from January 19, 2004 to January 19, 2009.

1. Under no circumstances shall Confidential Information be used in any proceeding other than the instant case.

2. Under no circumstances shall Confidential Information either orally, or by written form, be inputted into any computer program or database or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel. This does not apply to any computer program or case file maintained specifically as to this civil action.

3. Disclosure of Confidential Information shall be limited to the personnel and/or classification of persons listed below:

   a) Counsel for any party to this action;

   b) Staff personnel employed by counsel for any party;

   c) The court and its personnel, in connection with this litigation;

   d) Witnesses and jury at trial.

4. Plaintiff's counsel shall not provide to the plaintiff, either orally or in writing, with the addresses and telephone numbers of persons identified within the Confidential Information, but Plaintiff's counsel may discuss the information obtained from any investigation conducted with complainants or witnesses.

**IT IS SO ORDERED.**

DATED: 09/26/13

HON. STEPHEN V. WILSON
United States District Court Judge