FILED
CLERK, U.S. DISTRICT COURT
OCT 17, 2013
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Reset Form

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bobby Willis, | CASE NUMBER |
| | 2:10-cv-06357-SVW-JPR |
| PLAINTIFF(S) | |
| v. | |
| Doe I, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable  STEPHEN V. WILSON , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Bobby Willis

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Deputy David Aviles, Deputy Carlos Castillo, and Deputy Adrian Zuniga

recover of the plaintiff(s) its costs of action, taxed in the sum of _____ .

Clerk, U. S. District Court

Dated: 10/17/13

By Paul M. Cruz
   Deputy Clerk

At: Los Angeles, California

cc: Counsel of record